UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MLP I and QCR 77 LLC,

                Plaintiffs,

                v.                            Civil Action No. _____

MYCA, LLC and 2220 EQUITIES                         **Rule 7.1 Statement**
MANAGEMENT LIMITED PARTNERSHIP,

                Defendants.

**08 CIV. 0511**

------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for QCR 77 LLC (a private non-governmental party) certifies that the foregoing party is a limited liability company that has no parent corporation and is not a publicly held corporation.

Date: 1/15/08

                                                                  **Signature of Attorney**