UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
MLP I and QCR 77 LLC,                                       :
                                                            :
              Plaintiffs,                              :
                                                            :
              v.                                       :   Civil Action No. _____
                                                            :
MYCA, LLC and 2220 EQUITIES                                 :   **Rule 7.1 Statement**
MANAGEMENT LIMITED PARTNERSHIP,                             :
                                                            :
              Defendants.                              :
                                                            :
------------------------------------------------------------x

**08 CIV. 0511**

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for MLP I (a private non-governmental party) certifies that the foregoing party is a limited partnership that has no parent corporation and is not a publicly held corporation.

Date: 1/18/08

_____
Signature of Attorney