UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MLP I and QCR 77 LLC,

                         Plaintiffs,

       -against-

MYCA, LLC and 2220 EQUITIES MANAGEMENT
LIMITED PARTNERSHIP,

                         Defendants.

No. 08 CV 511 (CLB)

FILED BY ECF

Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1, formerly Local General Rule 1.9, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for 2220 Equities Management Limited Partnership (a private non-governmental party) certifies that the foregoing party is a limited partnership that has no parent corporation and is not a publicly held corporation.

Date: February 28, 2008

WHITEMAN OSTERMAN & HANNA LLP

By: _____
Christopher E. Buckey (CB 0187)
One Commerce Plaza
Albany, New York 12260
Telephone: (518) 487-7600
Facsimile: (518) 487-7777

*Counsel for defendant*
*2220 Equities Management Limited*
*Partnership*