UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDEX NO. 08 CIV 0511
DATE FILED: JANUARY 18, 2008

*MLP I et al*

Plaintiff(s)

*against*

*MYCA, LLC, et al.*

Defendant(s)

STATE OF FLORIDA, COUNTY OF PALM BEACH, SS.:        AFFIDAVIT OF SERVICE

Jonathan Levy being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at Boca Raton, FL. That on February 8, 2008 at 11 25 am, at 220 Sunrise Avenue, Room 212, Palm Beach, FL 33480 deponent served the within Summons In A Civil Case, Complaint, Civil Cover Sheet, Indiv Practices of Judge Charles L. Brieant, Rule 7.1 Statement of MLP I, Rule 7.1 Statement of QCR 77 LLC; USDC/SDNY Instructions for Filing an Electronic Case or Appeal; USDC/SDNY Procoudres for Electronic Case Filing; USDC/SDNY Guidelines for Electronic Case Filing.

on MYCA, LLC

a(n) defendant herein, by delivering thereat a true copy thereof to Robert Allen, Officer, personally, deponent knew said defendant herein so served to be the defendant herein so described, and knew said individual to be an authorized agent thereof. Deponent asked said individual if they were able to accept on behalf of said defendant herein and they responded with an affirmative.

Deponent describes the individual served as follows: Gender: Male   Skin Color: White   Hair Color: Salt & Pep
Age: 56 - 65 Yrs.   Height: 5' 9" - 5' 10"   Weight: 181 - 210 Lbs.   Other:

Sworn to before me on this 26 day of February, 2008

NOTARY PUBLIC-STATE OF FLORIDA
Lynne Gewant
Commission # DD610026
Expires: OCT. 30, 2010
BONDED THRU ATLANTIC BONDING CO., INC.

Jonathan Levy
Server's Lic. # 887 LPS

Affidavit # 9997651

ATTORNEY: Willkie, Farr & Gallagher, LLP , Ph: 212-728-8790
ADDRESS: 787 Seventh Avenue New York NY 10019   File No.:

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                    District of                    New York

MLP I and QCR 77 LLC, Plaintiffs

**SUMMONS IN A CIVIL ACTION**

V.

MYCA, LLC and 2220 Equities Management
Limited Partnership, Defendants

CASE NUMBER:

# 08 CIV. 0511

TO: (Name and address of Defendant)

MYCA, LLC
220 Sunrise Ave., Room 212; Palm Beach, FL  33480

2220 Equities Management Limited Partnership
2200 E. Gossamer Lane; Boise, ID  83706

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas H. Golden
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY  10019

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon                                    JAN 1 8 2008

CLERK                                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
               Date               *Signature of Server*

                                        _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.