# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

March 14, 2008

**VIA FACSIMILE**

Michael D. Lockard, Esq.
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022

Philip H. Gitlen, Esq.
Whiteman Osterman & Hanna LLP
One Commerce Plaza
Albany, NY 12260

Re: *Grant v. MYCA, LLC, et al.*, No. 08 CV 508 (CLB)
 *Scorpio 8283 LLC v. MYCA, LLC*, No. 08 CV 510 (CLB)
 *MLP I, et al. v. MYCA, LLC, et al.*, No. 08 CV 511 (CLB)

Counsel:

Further to the letter of today from Thomas H. Golden, of this firm, to Judge Brieant, which requested an adjournment of the briefing schedule in the above-captioned actions, I spoke this afternoon with Judge Brieant's law clerk who informed me that the Court had granted the requested adjournment. The new schedule requires plaintiffs to respond on or before March 26, 2008, to the pending motions and requires moving defendants to file reply memoranda on or before April 9, 2008.

The Court has set April 18, 2008, at 10:00 a.m., as a new return date for oral argument on the motions and has advised that no further adjournments will be granted.

Very truly yours,

*[signature]*

Maren H.P. Wax

cc: The Honorable Charles L. Brieant

NEW YORK WASHINGTON, DC PARIS LONDON MILAN ROME FRANKFURT BRUSSELS