# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

March 14, 2008

**VIA FACSIMILE**

The Honorable Charles L. Brieant
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas St., Room 275
White Plains, NY 10601

*[Handwritten annotation: Application Granted. Oral Argument will be heard on April 18, 2008 @ 10:00 AM. So Ordered. /s/ Charles L. Brieant, USDJ 3/17/08]*

Re: *Grant v. MYCA, LLC, et al.*, No. 08 CV 508 (CLB)
    *Scorpio 8283 LLC v. MYCA, LLC*, No. 08 CV 510 (CLB)
    *MLP I, et al. v. MYCA, LLC, et al.*, No. 08 CV 511 (CLB)

Dear Judge Brieant:

We represent plaintiffs in the above-captioned actions (the "Actions") relating to the dissolution of various partnerships (the "Partnerships"). Certain of the defendants (the "Moving Defendants") in the Actions have filed motions (the "Motions") to dismiss a cause of action that relates to the process for winding up the Partnerships' affairs. Plaintiffs' responses to the Motions are due on Monday, March 17, 2008.

Plaintiffs and Moving Defendants (together, the "Parties") currently are involved in negotiations in an effort to reach a mutually agreeable resolution to their disputes. If those discussions are successful, the Motions will be rendered moot.

Plaintiffs, with the consent and agreement of Moving Defendants, therefore respectfully request -- to permit productive negotiations and to conserve the resources of both the Parties and the Court -- that the current briefing schedule be adjourned to permit plaintiffs to respond to the Motions on or before Wednesday, March 26, 2008, and Moving Defendants to file reply memoranda on or before April 9, 2008. If the Court adjourns the deadlines as requested, the Parties will contact the Court to schedule a new return date for the Motions.

The Honorable Charles L. Brieant
March 14, 2008
Page 2

Counsel for each of the Parties are available to discuss the above request at the Court's convenience, should the Court desire to do so.

Respectfully submitted,

Thomas H. Golden

cc: Michael D. Lockard, Esq.
Philip H. Gitlen, Esq.

4176000