UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MLP I and QCR 77 LLC,

                Plaintiffs,

        -against-

MYCA, LLC and 2220 EQUITIES MANAGEMENT
LIMITED PARTNERSHIP,

                Defendants.

No. 08 CV 511 (CLB)
**FILED BY ECF**

## MYCA, LLC'S RESPONSE TO PLAINTIFFS' LOCAL RULE 56.1 STATEMENT

Defendant MYCA, LLC ("MYCA"), by and through its undersigned counsel, states the following responses to the allegations set forth in Plaintiffs' Local Rule 56.1 Statement:

1.    *Allegation*: 77th Queens Associates (the "Partnership") is a New York general partnership. (*See* Cplt. ¶ 1; Allan Decl. ¶ 1.)

*Response:* Admitted.

2.    *Allegation:* Plaintiffs and Defendants all are partners in the Partnership and there are no other partners in the Partnership. (*See* Cplt. ¶ 16; Allan Decl. ¶¶ 1, 2, 5.)

*Response:* Admitted.

3.    *Allegation:* The partners of the Partnership have been in a state of sharp discord regarding the way in which to conduct the Partnership's affairs. (*See* Cplt. ¶¶ 20-23; Allan Decl. ¶ 20.)

*Response:* Disputed. The partners have been in a state of sharp discord over the "management and day-to-day operations" of the properties with which Grant has been intimately involved. (Defendants' MYCA, LLC's And 2220 Equities Management Limited Partnership's Local Rule 56.1 Statement Of Undisputed Material Facts In Support Of Defendants' Joint Motion For Summary Judgment, ¶¶ 19-20; Plaintiffs' Counter Statement Pursuant to Rule 56.1 In

1

Opposition To Defendants' Motion For Partial Summary Judgment, ¶¶ 19-20.) MYCA has disagreed with Grant over a number of matters affecting the partnerships and their properties, including, *inter alia*, insurance, leasing, capital expenditures, and the fees collected by Minskoff Grant Realty & Management Corp. (Declaration Of Sara Minskoff Allan In Support Of Defendants' Joint Motion To Dismiss Plaintiffs' Second Claim For Injunctive Relief, dated February 28, 2008 ("Allan Decl."), ¶ 4; *see also* Declaration Of Sara Minskoff Allan In Further Support Of Defendants' Joint Motion To Dismiss Plaintiffs' Second Claim For Injunctive Relief And In Opposition To Plaintiff's Cross-Motion For Summary Judgment, dated April 17, 2008 ("Allan Reply Decl."), ¶¶ 6, 8-18) MYCA also believes that Grant and her company do not provide it with sufficient information about matters affecting the partnerships and their properties and are not responsive to MYCA's questions, concerns or interests. (*Ids.*) In some circumstances, Grant has failed or refused to provide MYCA with sufficient information for MYCA to be able to determine what actions Grant and her company are taking or have taken with respect to the properties, and whether the properties are being managed in the best interests of the partnerships. (*Ids.*)

    4.    *Allegation:* There has been broad recognition among the partners that the Partnership cannot continue to operate constructively in its present form. (*See* Grant Aff. ¶ 3.)

    *Response*: Disputed. MYCA and 2220 Equities Management Limited Partnership are a majority of the Partnership. (Allan Decl., ¶¶ 4-11; Allan Reply Decl., ¶¶ 1-2.) The majority continues to make decisions on behalf of the Partnership. (Allan Decl., ¶¶ 7-11; Allan Reply Decl., ¶ 3, Ex. A.)

Dated: April 17, 2008

                                                  Respectfully submitted,

                                                  AKIN GUMP STRAUSS HAUER & FELD LLP

                                        By: _____
                                                Michael D. Lockard (ML 2836)
                                                Rebecca N. Loubriel (RL 4726)
                                                590 Madison Avenue
                                                New York, NY 10022
                                                Telephone: (212) 872-7439
                                                Facsimile:  (212) 872-1002

                                                *Counsel for defendant MYCA, LLC*

## CERTIFICATE OF SERVICE

I, Michael D. Lockard, an attorney with the law firm of Akin Gump Strauss Hauer & Feld, hereby certify that on this 17th day of April 2008, I caused to be served, via email delivery, a copy of (1) the Declaration Of Michael D. Lockard In Further Support Of Defendants' Joint Motion To Dismiss Plaintiffs' Second Claim For Injunctive Relief And In Opposition To Plaintiffs' Cross-Motion For Summary Judgment; (2) the Declaration Of Sara Minskoff Allan In Further Support Of Defendants' Joint Motion To Dismiss Plaintiffs' Second Claim For Injunctive Relief And In Opposition To Plaintiffs' Cross-Motion for Summary Judgment; (3) MYCA, LLC's Reply Memorandum Of Law In Further Support Of Defendants' Joint Motion To Dismiss Plaintiffs' Second Claim For Injunctive Relief And In Opposition To Plaintiffs' Cross-Motion For Summary Judgment; and (4) MYCA, LLC's Response To Plaintiffs MLP I's and QCR 77 LLC's Local Rule 56.1 Statement to:

> WILLKIE FARR & GALLAGHER
> Thomas H. Golden
> 787 Seventh Avenue
> New York, New York 10019
>
> *Counsel for plaintiffs MLP I and QCR 77 LLC*
>
> -and-
>
> WHITEMAN OSTERMAN & HANNA LLP
> Philip H. Gitlen
> Christopher E. Buckey
> One Commerce Plaza
> Albany, New York 12260
>
> *Counsel for defendant*
> *2220 Equities Management Limited Partnership*

Dated: New York, New York
      April 17, 2008

                                                                           _____
                                                                           Michael D. Lockard