UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEAN MINSKOFF GRANT,<br><br>         Plaintiff,<br><br>  -against-<br><br>MYCA, LLC and 2220 EQUITIES MANAGEMENT<br>LIMITED PARTNERSHIP,<br><br>         Defendants. | No. 08 CV 508 (CLB)<br>**FILED BY ECF** |
| MLP I and QCR 77 LLC,<br><br>         Plaintiffs,<br><br>  -against-<br><br>MYCA, LLC and 2220 EQUITIES MANAGEMENT<br>LIMITED PARTNERSHIP,<br><br>         Defendants. | No. 08 CV 511 (CLB)<br>**FILED BY ECF** |

### NOTICE OF APPEARANCE

Please enter the appearance of Christopher E. Buckey, Esq., of the law firm of Whiteman Osterman & Hanna LLP, as counsel for Defendant 2220 Equities Management Limited Partnership in the above-captioned actions.

Dated: Albany, New York
   April 18, 2008

                WHITEMAN OSTERMAN & HANNA LLP

            BY: _____
                Christopher E. Buckey (CB 0187)
                Counsel for Defendant 2220 Equities
                  Management Limited Partnership
                One Commerce Plaza
                Albany, NY 12260
                (518) 487-7600

## CERTIFICATE OF SERVICE

I, Kimberly A. Crawford, hereby certify that a true and correct copy of Defendant 2220 Equities Management Limited Partnership's Notice of Appearance was served this 18th day of April, 2008, via ECF upon the ECF participants.

_____
Kimberly A. Crawford