UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
Rev. 3/01
-----------------------------------------------------------------x

GRANT

                           Plaintiff,

        -against-

MYCA LLC

                          Defendant.
-----------------------------------------------------------------x

ORDER OF REFERENCE  
TO A MAGISTRATE JUDGE

08 Civ. 508 (CLB)(LMS)  
08 Civ. 510 (CLB)(LMS)  
08 Civ. 511 (CLB)(LMS)

The above entitled action is referred to the Honorable Lisa M. Smith, United States Magistrate Judge. The purpose(s) for the reference is/are the following:

\_\_\_\_\_ General Pretrial/Including Initial Case Management Conference  
        - or -  
\_\_\_\_\_ General Pretrial/After Initial Case Management Conference held by District Judge

\_\_\_\_\_ Discovery motion or other motion which does not require a report and recommendation (Do not check if assigned by GPT)

\_\_\_\_\_ Discovery Disputes only when District Judge is unavailable (Do not check if assigned for GPT)

\_\_\_\_\_ Settlement (Do not check if assigned for GPT)

\_\_X\_ All purposes permitted by law.

\_\_\_\_\_ Trials under 28 U.S.C. § 636(c)

\_\_\_\_\_ Inquest (After default)

\_\_\_\_\_ Contested Damages Hearing

\_\_\_\_\_ Dispositive motion (i.e. motion requiring a report and recommendation)

\_\_\_\_\_ Habeas Corpus

SO ORDERED.

Dated: White Plains, New York

*Charles L. Brieant*  
_____  
Charles L. Brieant, U.S.D.J.

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: _____